UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CYRIL EGU, | ) | |
| Petitioner, | ) | 3: 10-cv-00499-ECR-VPC |
| vs. | ) | |
| TRAVIS BRAGG, | ) | **ORDER** |
| Respondent. | ) | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a federal prisoner, is proceeding *pro se*. Although petitioner has submitted an application to proceed *in forma pauperis* and a motion for appointment of counsel, he has not submitted an actual petition.

**IT IS THEREFORE ORDERED** that the Clerk shall send petitioner a copy of the form petition pursuant to 28 U.S.C. § 2254 along with the instructions therefor. Petitioner shall complete the petition and return it to this court within thirty (30) days of the date of entry of this order. Petitioner's failure to do so will result in the dismissal of this action.

DATED this 18 day of October, 2010.

Edward C. Reed
UNITED STATES DISTRICT JUDGE