**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CYRIL EGU,                              )
                                       )
            Petitioner,                )       3: 10-cv-00499-ECR-VPC
                                       )
vs.                                    )
                                       )       **ORDER**
TRAVIS BRAGG,                          )
                                       )
            Respondent.                )
_____ /

This is a habeas corpus case pursuant in which petitioner is proceeding *pro se*.  On October 18, 2010, this court entered an order directing the Clerk to send petitioner a copy of the form petition pursuant to 28 U.S.C. § 2254 along with the instructions therefor.  (Docket #3.)   The court directed petitioner to complete the petition and return it to this court within thirty days.  *Id*.  The court expressly warned petitioner that his failure to do so would result in the dismissal of this action.

Petitioner has not filed his petition with this court or otherwise responded to this court's order.  Accordingly, **IT IS HEREBY ORDERED** that this petition for writ of habeas corpus is **DISMISSED** without prejudice.  All pending motions are **DENIED** as moot.  The clerk is directed to close this case.  The Clerk shall enter judgment accordingly.

DATED this 5th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE